1

2

3

4

5

6 THE HONORABLE JAMES L. ROBART

7

8

9

10                   UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF WASHINGTON
11                            AT SEATTLE

12 IDAHO RIVERS UNITED, WASHINGTON          )
   WILDLIFE FEDERATION; PACIFIC COAST       )  No. 2:14-cv-01800-JLR
13 FEDERATION OF FISHERMEN'S                )
   ASSOCIATIONS; INSTITUTE FOR              )
14 FISHERIES RESOURCES; SIERRA CLUB;        )  [PROPOSED] ORDER GRANTING
   FRIENDS OF THE CLEARWATER,               )  PLAINTIFFS' MOTION FOR
15                                          )  PRELIMINARY INJUNCTION
                                            )
16      and                                 )
                                            )
17 NEZ PERCE TRIBE,                         )
                                            )
18              Plaintiffs,                 )
                                            )
19      v.                                  )
                                            )
20 UNITED STATES ARMY CORPS OF              )
   ENGINEERS,                               )
21                                          )
                Defendant.                  )

22

23        This matter comes before the Court on Plaintiffs' Motion for Preliminary Injunction.

24 Having reviewed the parties' briefs, exhibits, and the declarations in this case, the Court hereby

25 **GRANTS** the motion for preliminary injunction as follows:

26        1.      The Court finds that Plaintiffs are likely to prevail on the merits of their claim that

27 [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
   FOR PRELIMINARY INJUNCTION
28 (No. 2:14-cv-01800-JLR)   -1-

1  Defendant U.S. Army Corps of Engineers' ("Corps") Environmental Impact Statement ("EIS")

2  for the Programmatic Sediment Management Plan ("PSMP") and accompanying Records of

3  Decision ("RODs") are arbitrary, capricious, and not in accordance with law, and that the Corps

4  is in violation of the National Environmental Policy Act ("NEPA"), the Clean Water Act

5  ("CWA"), and the Administrative Procedure Act ("APA");

6      2.      The Court further finds that in the absence of an injunction Plaintiffs are likely to

7  suffer irreparable harm from the Corps' planned dredging action;

8      3.      THEREFORE, the Court hereby **PRELIMINARILY ENJOINS** the Corps as

9  follows:

10         a.      The Corps is enjoined from carrying out the planned "immediate need"

11  dredging action described in the EIS until this case is resolved on the merits;

12         b.      The Corps is enjoined from otherwise implementing the PSMP until this

13  case is resolved on the merits;

14         c.      Plaintiffs and the Corps are directed to submit, within thirty (30) days of this

15  Order, a proposed schedule for any additional discovery, dispositive motions, and final

16  disposition of this case.

17  IT IS SO ORDERED

18  DATED this _____ day of _____, 2014.

19

20

21                              _____
                                THE HONORABLE JAMES L. ROBART
22                              United States District Judge

23

24

25

26

27  [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
    FOR PRELIMINARY INJUNCTION
28  (No. 2:14-cv-01800-JLR)   -2-

1  Presented by:

2

3  s/ Stephen D. Mashuda
   STEPHEN D. MASHUDA (WSB #36968)

4  MATTHEW R. BACA (WSB #45676)
   Earthjustice

5  705 Second Avenue, Suite 203
   Seattle, WA 98104-1711

6  (206) 343-7340 | Phone
   (206) 343-1526 | Fax

7  smashuda@earthjustice.org
   mbaca@earthjustice.org

8
   *Attorneys for Plaintiffs Idaho Rivers United;*

9  *Washington Wildlife Federation; Pacific Coast*
   *Federation of Fishermen's Associations; Institute*

10 *for Fisheries Resources; Sierra Club; and*
   *Friends of the Clearwater*

11

12

13 s/ Stephen D. Mashuda, for Michael A. Lopez
   DAVID J. CUMMINGS (WSB #33551)

14 MICHAEL A. LOPEZ
   (*Signature with permission via e-mail)

15 Nez Perce Tribe
   Office of Legal Counsel

16 P.O. Box 305
   Lapwai, ID 83540-0305

17 (208) 843-7355 | Phone
   (208) 843-7377 | Fax

18 djc@nezperce.org
   mikel@nezperce.org

19

20 *Attorneys for Plaintiff Nez Perce Tribe*

21

22

23

24

25

26

27 [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
   FOR PRELIMINARY INJUNCTION

28 (No. 2:14-cv-01800-JLR)   -3-

1  s/  Stephen D. Mashuda, for Rob Roy Smith

2  ROB ROY SMITH (WSB #33798)
   (*Signature with permission via e-mail)

3  Kilpatrick Townsend
   1420 Fifth Avenue, Suite 4400

4  Seattle, WA  98101
   (206) 467-9600 | Phone

5  (206) 623-6793 | Fax
   rrsmith@kilpatricktownsend.com

6

7  *Local Counsel for the Nez Perce Tribe*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
    FOR PRELIMINARY INJUNCTION

28  (No. 2:14-cv-01800-JLR)   -4-