THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IDAHO RIVERS UNITED, et al, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, <br><br> Defendant. | No. 2:14-cv-01800 JLR <br><br> [PROPOSED] ORDER GRANTING INTERVENTION |

This matter came before the Court upon the filing of the Unopposed Motion to Intervene filed by the Inland Port Navigation Group ("IPNG"). The motion is supported by the Declaration of Kristin Meira. IPNG moves the Court for leave to participate as an intervenor defendant pursuant to Rule of Civil Procedure 24(a) or (b).

IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED this 2nd day of December, 2014.

THE HONORABLE JAMES L. ROBART
United States District Court Judge

[PROPOSED] ORDER GRANTING INTERVENTION
2:14-cv-01800 JLR - 1