James L. Buchal (WSB #31369)
MURPHY & BUCHAL LLP
3425 SE Yamhill Street, Suite 100
Portland, OR 97214
Tel: 503-227-1011
Fax: 503-573-1939
jbuchal@mbllp.com
*Attorney for Proposed Intervenor-Defendant*
*Columbia Snake River Irrigators Association*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IDAHO RIVERS UNITED; WASHINGTON WILDLIFE FEDERATION; PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; INSTITUTE FOR FISHERIES RESOURCES; SIERRA CLUB; RIENDS OF THE CLEARWATER; AND NEZ PERCE TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | 2:14-CV-1800-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING THE MOTION OF THE COLUMBIA SNAKE RIVER IRRIGATORS ASSOCIATION FOR INTERVENTION |

WHEREAS proposed intervenor-defendant Columbia Snake River Irrigators Association (CSRIA) has moved for intervention pursuant to Rule 24 of the Federal Rules of Civil Procedure; and

1

ORDER GRANTING THE MOTION OF THE COLUMBIA
SNAKE RIVER IRRIGATORS ASSOCIATION FOR INTERVENTION
Case No. 2:14-CV-1800-JLR

James L. Buchal, WSB No. 31369
Murphy & Buchal LLP
3425 SE Yamhill Street, Suite 100
Portland, Oregon 97214
Phone: 503-227-1011
Fax: 503-573-1939

1  WHEREAS the Court has considered the pleadings and papers filed by the parties, the
2  Court hereby GRANTS CSRIA's motion to intervene.
3  Dated this 2nd day of December, 2014.

_____
United States District Judge

Presented by:

*s/ James L. Buchal*
James L. Buchal (WSB #31369)
MURPHY & BUCHAL LLP
3425 SE Yamhill Street, Suite 100
Portland, OR 97214
Tel: 503-227-1011
Fax: 503-573-1939
jbuchal@mbllp.com
*Attorney for Proposed Intervenor-Defendant*
*Columbia Snake River Irrigators Association*

2

ORDER GRANTING THE MOTION OF THE COLUMBIA
SNAKE RIVER IRRIGATORS ASSOCIATION FOR INTERVENTION
Case No. 2:14-CV-1800-JLR

James L. Buchal, WSB No. 31369
Murphy & Buchal LLP
3425 SE Yamhill Street, Suite 100
Portland, Oregon 97214
Phone: 503-227-1011
Fax: 503-573-1939